UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Leland Foster,

                      Plaintiff(s),

v.                                          Case No. 2:15-cv-12985-MAG-MJH
                                            Hon. Mark A. Goldsmith

JUD Properties, LLC,

                      Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 12/2/2015, why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.

                                            s/Mark A. Goldsmith
                                            Mark A. Goldsmith
                                            U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/K Sandusky
                                                   Case Manager

Dated:   November 18, 2015